UNITED STATES of America,
Plaintiff–Appellee,

v.

Esteban ALONZO–SIERRA,
Defendant–Appellant.

United States of America,
Plaintiff–Appellee,

v.

Esteban Alonzo–Sierra, also known as Manuel Martinez, also known as Esteban Alonzo, also known as Esteban Sierra, Defendant–Appellant.

Nos. 06–50807, 06–50815
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

March 7, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before KING, WIENER, and OWEN,
Circuit Judges.

PER CURIAM: *

Appealing the Judgments in Criminal Cases, Esteban Alonzo–Sierra raises arguments that are foreclosed by *Almendarez–Torres v. United States*, 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. The Government's motion for summary affirmance is GRANTED, and the judgments of the district court are AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.